SECOND DEPARTMENT, MAY, 1971

(May 3, 1971)

■ In the Matter of ARTHUR B. (ANONYMOUS), Petitioner, v. JOHN A. GALLUCCI, County Judge of Rockland County, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.